

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00015-CV

| | | |
|---|---|---|
| TONY COLEMAN, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-291699-17) |
| V. | | |
| | § | January 23, 2020 |
| OTESE, LTD., Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm the trial court's summary judgment on Appellant Tony Coleman's gross negligence claim. We reverse the trial court's summary judgment on Coleman's negligence claim and remand this case to the trial court for further proceedings.

It is further ordered that Appellant Tony Coleman shall pay one-half of all costs of this appeal and that Appellee Otese, Ltd. shall pay one-half of all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach